**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 25-2106**

---

In re: MONESHA R. MITCHELL,

       Petitioner.

---

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Virginia, at Alexandria.  (1:25-cv-01239-MSN-WBP)

---

Submitted:  October 16, 2025             Decided:  October 20, 2025

---

Before KING, AGEE, and RICHARDSON, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

Monesha R. Mitchell, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

Monesha R. Mitchell petitions for a writ of mandamus, alleging that the district court has unduly delayed acting on two motions Mitchell filed in the underlying civil action on September 3, 2025. She seeks an order from this court directing the district court to act. Mitchell has also filed a motion to expedite this court's decision on the mandamus petition.

Our review of the district court's docket reveals that the district court denied the motions about which Mitchell complains by order entered September 16, 2025. Accordingly, we deny the mandamus petition as moot. We also deny the motion to expedite as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*